### NENZEL *v*. ROCHESTER SILVER CORPORATION
No. 2756 (See 50 Nev. 352)
#### ON PETITION FOR REHEARING
February 8, 1928.

*Per Curiam:*

It is ordered that the petition for rehearing be denied, since the court is entirely satisfied with its former opinion, 50 Nev. 352, 259 P. 632, as to the matters presented on original submission, and as to the new points urged they cannot be now considered. Pedroli v. Scott, 47 Nev. 313, 221 P. 241, 224 P. 807, 31 A. L. R. 841.

DUCKER, J.: I concur.

COLEMAN, J.: I concur.

Sanders, C. J. (dissenting) :

I concurred only in the order made herein. Upon consideration of the petition for rehearing I entertain serious doubt as to the correctness of the point decided, that water rights are "realty," subject to unlawful detainer under Revised Laws, sec. 5588, and therefore I dissent from the order denying the petition for rehearing.